# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*, | Case No. 17-13886 (Jointly Administered) |
| Debtors. | Hon. Janet S. Baer |
| HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC., *et al.*,[1] | |
| Plaintiff, | |
| v. | Adversary No. 19-00084 |
| WOODIES SUPER MARKET, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Howard B. Samuels, not individually, but as Chapter 7 trustee for the bankruptcy estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC, and the remaining defendant Woodies Super Market, Inc., by and through their respective counsel, hereby stipulate to the dismissal of the above-captioned adversary proceeding in its entirety with prejudice.

| | |
|---|---|
| Dated: | Respectfully submitted, |
| /s/ *Leo B. Oppenheimer* | /s/ *Patricia B. Fugée* |
| Eric D. Madden (admitted pro hac vice) | Mark E. Wilson, Esq. |
| J. Benjamin King (admitted pro hac vice) | Patricia B. Fugée, Esq. |

---

[1] The Debtors in these Chapter 7 cases, along with the last four of each debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

1

Leo B. Oppenheimer (admitted pro hac vice)
REID COLLINS & TSAI LLP
1601 Elm Street, 42nd Floor
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@rctlegal.com
bking@rctlegal.com
loppenheimer@rctlegal.com

*Special Litigation Counsel to Howard B. Samuels, Chapter 7 Trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC*

203 N. LaSalle Street
Suite 2100
Chicago, IL 60601
(312) 498-8078 (T)
mark.wilson@fisherbroyles.com
patricia.fugee@fisherbroyles.com

*Counsel for Defendant*

2